**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
: 
In re :
: Chapter 11
AEROCENTURY CORP., *et al.*, :
: Case No. 21-10636 (   )
Debtors.[1] :
: (Joint Administration Requested)
---------------------------------------------------------x

### CERTIFICATION OF DEBTORS' CONSOLIDATED CREDITOR MATRIX

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "Creditor Matrix") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") is filed by attachment hereto.

The Creditor Matrix has been prepared, on a consolidated basis, from the Debtors' books and records. The undersigned, Harold M. Lyons, hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-1(a). The Debtors reserve the right to amend or supplement the Creditor Matrix as necessary.

Although the information contained in the Creditor Matrix is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtors and their estates to any claims of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal employer identification number, are: AeroCentury Corp. (3974); JetFleet Holding Corp. (5342); and JetFleet Management Corp. (0929). The Debtors' mailing address is 1440 Chapin Avenue, Suite 310, Burlingame, CA 94010.

27881662.1

potential claimants included in the Creditor Matrix.  In addition, certain of the parties included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of these chapter 11 cases.  Therefore, the Creditor Matrix does not and should not be deemed or otherwise construed to constitute either (i) a waiver of any defense of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates or (ii) an acknowledgement or admission of the validity, priority or amount of any claims that may be asserted against the Debtors and their estates.

| | |
|---|---|
| Dated:  March 29, 2021 | AeroCentury Corp., on behalf of itself and its affiliated debtors and debtors in possession |
| | */s/ Harold M. Lyons*  <br>Harold M. Lyons  <br>Chief Financial Advisor |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1440 Chapin Owner, LLC/Cortina | Ian Paget | 235 Montgomery St., Suite 1202 | | | San Francisco | CA | 94104 | |
| A.N. Deringer, Inc. | | 75 Remittance Drive, Suite 1794 | | | Chicago | IL | 60675-1795 | |
| AAA Eagles Limousine | | 1233 Montgomery Lane | | | Tracy | CA | 95377 | |
| Acclivity | | 300 Roundhill Drive #2 | | | Rockaway | NJ | 07866 | |
| Acme Movers | | 590 E Fremont Ave | | | Sunnyvale | CA | 94087 | |
| Adobe Creative Cloud | | 345 Park Avenue | | | San Jose | CA | 95110-2704 | |
| Adria Airways | | Zgornji Brnik 130h | | | Brnik | | 4210 | Slovenia |
| Adria Tehnika | | Zgornji Brnik 130d | | | Brnik-Aerodrom | | 4210 | Slovenia |
| Aeris Graphic Design | | PO Box 677 | | | Ashburn | VA | 20146 | |
| Aero Connect, LLC | | 1900 South Norfolk, Suite 350 | | | San Mateo | CA | 94403-1171 | |
| AFS Investments 68 LLC | Attn Contracts Leader | 777 Long Ridge Rd | c o GE Capital Aviation Services, LLC | | Stamford | CT | 06927 | |
| AiCPA | | PO Box 37049 | | | Boone | IA | 50037-0049 | |
| Air Niugini Limited | | Jacksons Airport | ANG Haus 7 Mile | | Port Moresby | | | Papua New Guinea |
| Air Transport World | | P.O. Box 2100 | | | Skokie | IL | 60076-7800 | |
| Air Urga | | 1A Korolenka Str. | | | Kropyvnytskyi | | 25015 | Ukraine |
| Aircraft and Component MRO | | Henri Wijnmalenweg 14 | | | EP Eindhoven | | 5657 | Netherlands |
| Airline Investments Ltd | | Compass House, Lypiatt Road | | | Cheltenham | | GL50 2QJ | United Kingdom |
| Airline Technical Support | | Frans van Waesberghestraat 59A | | | Hulst | | 4561 AC | NETHERLANDS |
| Airports Fiji Limited | | Naki International Airport | | | Nadi | | | Fiji |
| Airservices Australia | | 25 Constitution Avenue | | | Canbera | ACT | 2600 | Australia |
| Airstream | | Quatro House, Lyon Way, Frimley Road | Camberley | | Surrey | | GU16 7ER | UNITED KINGDOM |
| Airstream International Group Limited | | Lyon Way, Frimley Road | Camberley | | Surrey | | GU16 7ER | United Kingdom |
| Airways Corporation of New Zealand | | 53093 | | | Auckland | | 2150 | New Zealand |
| Allen & Overy LLP | | Apollolaan 15 | | | AB Amsterdam | | 1077 | Netherlands |
| Alliant Insurance Services, Inc. | Mary Busch | 32 Old Slip | | | New York | NY | 10005 | |
| Alliant Insurance Services, Inc. | Attn Director or Officer | 32 Old Slip | | | New York | NY | 10005 | |
| American Airlines, Inc. | Matt Dominy, Director & Senior Attorney | 1 Skyview Dr | MD 8B503 | | Fort Worth | TX | 76155 | |
| American Express | | 200 Vesey Street | World Financial Center | | New York | NY | 10285 | |
| American Express | | PO Box 650448 | | | Dallas | TX | 75265-0448 | |
| American Express National Bank | (Paycheck Protection Program Loan #1) | P.O. Box 918555 | | | El Paso | TX | 79998-1555 | |
| Anjarwalla and Khanna Advocates | Sonal Sejpal | ALN House | Eldama Ravine Close | Westlands | Nairobi | | | Kenya |
| APMS Aviation | | Hangar K4, Cotswold Airport | | | Gloucestershire | | GL7 6BA | United Kingdom |
| Appellate Court Cost Center | | Arcade Station | PO Box 198781 | | Nashville | TN | 37219-8781 | |
| Arista Business Solutions | | 5153 Commercial Circle | | | Concord | CA | 94520 | |
| Arntzen de Besche | | PO Box 2734 | | | Solli, Oslo | | 204 | Norway |
| Associated Communication Services, Inc. | | 630 Columbus Street | | | Half Moon Bay | CA | 94019 | |
| AT&T | | P.O Box 78522 | | | Phoenix | AZ | 85062-8522 | |
| Atlas Air Service | | Hanna-Kunath-Strasse 18 | | | Bremen | | 28199 | Germany |
| Automation Centre | | 435 E 9th St | | | Tucson | AZ | 85705 | |
| Avdata Pty Ltd | | PO Box 877 | | | Mitchell | ACT | 2911 | Australia |
| AviaConsult International | | PO Box 24 | | | Nieuwkoop | | 2420 AA | NETHERLANDS |
| Aviation Assistance | | Mergenthalerstrasse 4 | | | Greven | | 48268 | Germany |
| AVIATOR.AERO | | 395 Taylor Blvd # 101 | | | Pleasant Hill | CA | 94523 | |
| AVITAS | | 14520 Avion Parkway, #300 | | | Chantilly | VA | 20151 | |
| Avitas, Inc. | | 14520 Avion Parkway, Suite 300 | | | Chantilly | VA | 20151 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Avmax Aviation Services inc. | | 2055 Pegasus Rd. NE | | | Calgary | AB | T2E 8C3 | Canada |
| B. Riley Securities, Inc. | Attn Elizabeth Rubio | 1300 North 17th St., Suite 1300 | | | Arlington | VA | 22209 | |
| Barney & Barney | | PO Box 85638 | | | San Diego | CA | 92186-5638 | |
| Basecamp.com | | 30 N Racine Ave STE 200 | | | Chicago | IL | 60607 | |
| Bayerische Landesbank | | Brienner Strasse 18 | | | Munchen | | 80333 | Germany |
| BDO | | PO Box 677973 | | | Dallas | TX | 75267-7973 | |
| BDO LLP UK | | Newton House, Cambridge Business Park | | | Cambridge | | CB4 0WZ | United Kingdom |
| BDO USA, LLP | | PO Box 677973 | | | Dallas | TX | 75267-7973 | |
| Becky Ruppel Photography | | 1010 Dwight Ave. | | | Half Moon Bay | CA | 94019 | |
| BNF Mills | | | | | | | | |
| Bombardier, Inc. | | 3819 Collection Center Drive | | | Chicago | IL | 60693 | |
| Box Inc. | | 900 Jefferson Ave | | | Redwood City | CA | 94063 | |
| Brian Ginna | | 417 Greenbrier Road | | | Half Moon Bay | CA | 94019 | |
| Brigard & Urrutia | | Calle 70 No. 4-60 | | | Santafe de Bogota D.C. | | | COLOMBIA |
| Brigard & Urrutia | | Cl. 70 Bis ##4-41 | | | Bogota, Cundinamarca | | | COLOMBIA |
| British Midland International | | Donington Hall | Castle Donington | | Derby | | DE74 2SB | United Kingdom |
| Broadridge ICS | | PO Box 416423 | | | Boston | MA | 02241-6423 | |
| Burlingame Motors | | 1295 Rollins Rd | | | Burlingame | CA | 94010 | |
| Byron Hurey | | 405 Davis Court, #408 | | | San Francisco | CA | 94111 | |
| CA Franchise Tax Board | Bankruptcy Section, MS: A-340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| CA Franchise Tax Board | | PO Box 942857 | | | Sacramento | CA | 94257-0501 | |
| California Bank & Trust | Mike Sullivan | San Francisco Commercial Banking | 456 Montgomery St Ste 2300 | | San Francisco | CA | 94104-1256 | |
| California Department of Business Oversight | | 2101 Arena Blvd. | | | Sacramento | CA | 95834 | |
| California Society of CPAs | | P.O. Box 44437 | | | San Francisco | CA | 94144 | |
| CaliforniaChoice Benefit Administrators | | PO Box 7088 | | | Orange | CA | 92863-7088 | |
| Capstone Capital Markets | | 176 Federal St., 3rd Floor | | | Boston | MA | 02110 | |
| Carrera Motors | | 26 S Claremont Street | | | San Mateo | CA | 94401 | |
| Case Furniture | | 3434 W Papago St | | | Phoenix | AZ | 85009 | |
| Chamberlain, Hrdlicka, White, Williams & Martin | | 1200 Smith St., Suite 1400 | | | Houston | TX | 77002-4310 | |
| Charles Schwab & Co., Inc. | FBO JMC 401(k) Plan | PO Box 982600 | | | El Paso | TX | 79998 | |
| Chatham Hedging Advisors, LLC | | 235 Whitehorse Lane | | | Kennett Square | PA | 19348 | |
| Chiltons Auto Body | | 1221 Rollins Road | | | Burlingame | CA | 94010 | |
| Chris Hughes | | 2690 55th Avenue | | | Greeley | CO | 80634 | |
| Chris Tigno | | 1625 Balboa Way | | | Burlingame | CA | 94010 | |
| Chubb PHFD | Attn Director or Officer | 5505 N Cumberland Ave Ste 307 | | | Chicago | IL | 60656-1471 | |
| Chubb/Federal Insurance | Attn Director or Officer | 251 North Illinois Ste 1100 | | | Indianapolis | IN | 46204-1927 | |
| City of Burlingame | | 501 Primrose Road | | | Burlingame | CA | 94010 | |
| Clayton Utz | | Level 28, Riparian Plaza | 71 Eagle Street | | Brisbane | QLD | | Australia |
| Cleeton Davis Court Reporters, LLC | | 402 BNA Drive, Suite 108 | | | Nashville | TN | 37217 | |
| Clifford High-Wo | | 1700 Varsity Estates Drive N.W. | | | Calgary | ON | T3B 2W9 | CANADA |
| Colorado Department of Revenue | | PO Box 17087 | | | Denver | CO | 80217-0087 | |
| Colorado Department of Revenue | | P.O, Box 17087 | | | Denver | CO | 80217-0087 | |
| COMCAST CALIFORNIA 800-COMCAST | | 1701 JFK Boulevard | | | Philadelphia | PA | 19103-2838 | |
| CONAN Aviation | | Pasweb 24 | | | Bunde | | 6241CT | Germany |
| Conklin Bros. Inc. | | 1100 Selby Street | | | San Francisco | CA | 94124-1307 | |
| Contact Air | | | | | | | | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Continental Stock Transfer & Trust Co. | | 1 State Street, 30th Floor | | | New York | NY | 10004-1561 | |
| Continental Stock Transfer Co. | | One State Street Plaza, 30th Floor | | | New York | NY | 10004 | |
| Copex Air | | Seattleweg 3 | | | Pernis-Rotterdam | | 3195 ND | Netherlands |
| CorePoint360, LLC | | 597 Morse Ave | | | Sunnyvale | CA | 94085-3652 | |
| Corporation Service Company | Attn Director or Officer | 2711 Centerville Rd, Ste 400 | | | Wilmington | DE | 19808 | |
| Couto Graca Associados, LDA | | Av. 24 de Julho | 7-70 Andar | | Maputo | | | Mocambique |
| Cozen OConnor | | 101 Montgomery Street, 14th Floor | | | San Francisco | CA | 94104 | |
| Croatia Airlines | | Bani 75b, Buzin | | | Zagreb | | 10010 | Croatia |
| Crystal & Co. | | 32 Old Slip - Financial Square | | | New York | NY | 10005-3504 | |
| CSC | Jerome Suarez | 251 Little Falls Drive | | | Wilmington | DE | 19808-1674 | |
| CSC | | PO Box 13397 | | | Philadelphia | PA | 19101-3397 | |
| CT Corporation | Attn Nancy Wilford | 4400 Easton Commons Way, Ste 125 | | | Columbus | OH | 43219 | |
| CT Corporation | Attn Erin Roberson | 4400 Easton Commons Way, Ste 125 | | | Columbus | OH | 43219 | |
| CT Corporation System | | P.O. Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| Customers Bank | (Paycheck Protection Program Loan #2) | 701 Reading Avenue | | | West Reading | PA | 19611 | |
| DAC Aviation EA Limited | Attn Managing Director | Hangar 58, Wilson Airport | PO Box 44580 | | NAIROBI | | 00100 | Kenya |
| Dallas Airmotive Inc. | | PO Box 402458 | | | Atlanta | GA | 30384-2458 | |
| David P. Wilson | | PO Box 1343 | | | Edwards | CO | 81632 | |
| Debevoise & Plimpton LLP | | 919 Third Avenue | | | New York | NY | 10022 | |
| Delaware Division of Revenue | Attn Bankruptcy Administrator | 820 N French St 8th Fl | Carvel State Building | Bankruptcy Service | Wilmington | DE | 19801 | |
| Delaware Secretary of State | | Division of Corporations | PO Box 5509 | | Binghamton | NY | 13902-5509 | |
| Delaware Secretary of State | Division of Corporations | PO Box 898 | | | Dover | DE | 19903 | |
| Deluxe Business Checks and Solutions | | PO Box 742572 | | | Cincinnati | OH | 45274-2572 | |
| Dentons PNG | | Level 5, BSP Haus | Harbour City, Konedobu | | Port Moresby | | | Papua New Guinea |
| Dentons UK and Middle East LLP | | One Fleet Place | | | London | | EC4M 7RA | United Kingdom |
| Department of Consumer Affairs | | PO Box 942501 | | | Sacramento | CA | 94258-0501 | |
| Department of Labor & Industries | | PO Box 24106 | | | Seattle | WA | 98124-6524 | |
| DePinna Notaries | | 35 Piccadilly | | | London | | W1J 0LJ | United Kingdom |
| DMV Renewal | | PO Box 942897 | | | Sacramento | CA | 94297-0897 | |
| Dog River Design | | PO Box 3539 | | | Fabens | TX | 79838 | |
| Dog River Design, LLC | | P.O. Box 2305 | | | Lake Havasu City | AZ | 86405 | |
| Duff & Phelps, LLC | | 12595 Collection Center Drive | | | Chicago | IL | 60693 | |
| Eagle Language Service S.L. | | C/ Santa Engracia 17 | 40 Izq.-Despacho 1 | | Madrid | | 28010 | Spain |
| Embraer Aircraft Maintenance Services, Inc. | | 10 Airways Blvd. | | | Nashville | TN | 37217 | |
| Emerald Media | | 1702 Raleigh Hill Rd. | | | Vienna | VA | 22812 | |
| Employment Development Department | | PO Box 826880 | MIC 83 | | Sacramento | CA | 94280-0001 | |
| Employment Development Department | | PO Box 989061 | | | Sacramento | CA | 95798 | |
| ENDICIA 800-576-3279 | | 323 N Mathilda Ave | | | Sunnyvale | CA | 94085 | |
| Epsen Fuller Group, LLC | | 2 Tempe Wicke Rd. #327 | | | Mendham | NJ | 07945 | |
| European Regional Airline Assoc | | Park House, 127 Guildford Road | Lightwater | | Surrey | | GU185RA | UNITED KINGDOM |
| Evan M. Wallach | | 5 Mill River Road, Suite A108 | | | Ardsley | NY | 10502 | |
| Export Development Canada | Attn Director or Officer | 150 Slater St | | | Ottawa | ON | K1A 1K3 | Canada |
| Extra Space Storage | | 2795 E Cottonwood Pkwy #400 | | | Cottonwood Heights | UT | 84121 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| FedEx | | PO Box 371599 | | | Pittsburg | PA | 15250-7599 | |
| First Bank & Trust | | 1700 N Broadway | | | Walnut Creek | CA | 94596 | |
| Fokker Aircraft Services B.V. | | Aviolandalaan 31 | | | Hoogerheide | | 4631 RP | Netherlands |
| Fokker Services | | P.O. Box 231 | | | Nieuw-Vennep | | 2150 AE | NETHERLANDS |
| Fokker Services Asia PTE LTD | | Bldg 139 Piccadilly | | | East Camp, Seletar Airport | | 798378 | Singapore |
| Fortis Advisors | | 1045 First Ave, Suite 120 | | | King of Prussia | PA | 19406 | |
| Fortis Advisors, LLC | | 12526 High Bluff Dr #280 | | | San Diego | CA | 92130 | |
| Franchise Tax Board | | P.O. Box 942857 | | | Sacramento | CA | 94257-0500 | |
| Francisco Miras Ortiz | | | | | | | | |
| Frank Pegueros | | 535 Ventura Ave. | | | San Mateo | CA | 94403 | |
| Fraport | | Zgornji Brnik 130a | | | Brnik-Aerodrom | | 4210 | Slovenia |
| Fusnota d.o.o. | | Ivanecka 15 | | | Zagreb | | 10000 | Croatia |
| G2 Solutions, LLC | | 4096 Piedmont Avenue, #408 | | | Oakland | CA | 94611-5221 | |
| Gadens Lawyers | | Skygarden Building | 77 Castlereagh Street | | Sdyney | NSW | 2000 | Australia |
| GC Pivotal LLC | | PO Box 842630 | | | Dallas | TX | 75284-2630 | |
| GE Engine Services, Inc. | Norman Lounds | 1 Neumann Way | | | Cincinnnati | OH | 45215 | |
| Georgeson Inc. | | Dept CH 16640 | | | Palatine | IL | 60055-6640 | |
| Gilmore Global Logistics Services | | 120 Herzberg Road | | | Kanata | ON | K2K 3B7 | CANADA |
| Glass Lewis & Co, LLC | | 255 California St., Suite 1100 | | | San Francisco | CA | 94111 | |
| Glass Lewis & Co., LLC | | One Sansome Street, #3300 | | | San Francisco | CA | 94104 | |
| Glenn Roberts | | PO Box 14456 | | | San Francisco | CA | 94114 | |
| GOAL Aircraft Leasing | | Toelzer Strasse 15 | | | Gruenwald | | 82031 | Germany |
| GOAL Verwaltungsgesellschaft mbH & Co | Phillip Myckert | Tolzer Strasse 15 | | | Grunwald | | 82031 | Germany |
| GODADDY.COM | | 14455 N. Hayden Rd. | | | SCOTTSDALE | AZ | 85260 | |
| Gomez-Acebo & Pombo | | P.o de la Castellana, 216 | | | Madrid | | 28046 | Spain |
| Government of the Virgin Islands | | 5047 (21-22) Kongens Gade | | | St. Thomas | VI | 00802-6487 | |
| Green Citizen | | 1831 Bayshore Highway, Suite 2 | | | Burlingame | CA | 94010 | |
| Greenwich Insurance Company | Attn Director or Officer | 70 Seaview Ave Ste 7 | | | Hartford | CT | 06902 | |
| Group Insurance Trust | | PO Box 512516 | | | Los Angeles | CA | 90051-0516 | |
| Guard Dog Security Service | | P.O. Box 648 | | | Port Moresby | | | PAPUA NEW GUINEA |
| Guardian | | 10 Hudson Yards | | | New York | NY | 10001 | |
| Guardian | | PO Box 824404 | | | Philadelphia | PA | 19182-4404 | |
| H&S Aviation | | Airport Service Road | Portsmouth | | Hampshire | | P03 5PJ | United Kingdom |
| Harold Lyons | | 2640 Miranda Avenue | | | Alamo | CA | 94507 | |
| Heli Niugini | | Madang Airport | PO Box 914 | | Madang | | 511 | Papua New Guinea |
| Hiller Aviation | | 601 Skyway Road | | | San Carlos | CA | 94070 | |
| Hiller Aviation Museum | | 601 Skyway Rd | | | San Carlos | CA | 94070 | |
| HMG Aerospace Limited | | Business Park, Fowler Ave | | | Farnborough | | GU14 7JF | UNITED KINGDOM |
| Hope Aero Propeller and Components | | 7605 Bath Rd. | | | Mississauga | ON | L4T 3T1 | Canada |
| Hudson Insurance Company | Attn Director or Officer | 101 N Wacker Dr Ste 1950 | | | Chicago | IL | 60606 | |
| Huron Consulting Services LLC | | 4795 Paysphere Circle | | | Chicago | IL | 60674 | |
| Husch Blackwell LLP | | PO Box 790379 | | | Saint Louis | MO | 63179 | |
| Huseby Global Litigation | | PO Box 6180 | | | Hermitage | PA | 16148-0922 | |
| ICE Systems, Inc. | | PO Box 11126 | | | Hauppauge | NY | 11788 | |
| ICF | | 9300 Lee Highway | | | Fairfax | VA | 22031-1207 | |
| Informa Media Inc. | | 24652 Network Place | | | Chicago | IL | 60673-1246 | |
| INSATAX Corp. | | 1160 Blair Road | | | Burlington | ON | L7M 1K9 | CANADA |
| Intermedia.Net | | 100 Mathilda Place, Suite 600 | | | Sunnyvale | CA | 94086 | |
| Internal Revenue Service | Department of the Treasury | | | | Fresno | CA | 93888-0002 | |
| Intrado Digital Media, LLC | | PO Box 74007143 | | | Chicago | IL | 60674-7143 | |
| INVeSHARE, Inc. | | PO Box 568 | | | Alpharetta | GA | 30009-0568 | |
| IR Solutions | | 14041 NW 8th St. | | | Sunrise | FL | 33325 | |
| Iron Mountain | | 1 Federal St | | | Boston | MA | 02110 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ishka Limited | | 49 Greek Street | | | London | | W1D 4EG | United Kingdom |
| Island Aviation Services | | Ground Floor, Dar Al-Eiman Building | Majeedhee Magu | | Male | | 20345 | Maldives |
| Issuer Direct Corporation | | 1 Glenwood Ave, Suite 1001 | | | Raleigh | NC | 27603-2582 | |
| Janet Ratto | | 3725 Martin Dr. | | | San Mateo | CA | 94403 | |
| Javed Rahmat | | 52 Hawley Ave | | | Staten Island | NY | 10312 | |
| Jay Abrams | | P.O. 7161 | | | Auburn | CA | 95601 | |
| Jazz Aviation LP | Daniel McMillan, Legal Counsel | 3 Spectacle Lake Dr | | | Dartmouth | NS | B3B 1W8 | Canada |
| Jet Midwest Group | | 9200 NW 112th St. | | | Kansas City | MO | 64153 | |
| JM Lehman Construction, Inc. | | 1932 Eucalyptus Avenue | | | San Carlos | CA | 94070 | |
| John Cameron Aviation | | Hangar 473, Birch Street | | | Bankstown Airport | NSW | 2200 | Australia |
| Jurvneshservice International Legal Services | | 46/11 Turgenevskaya St. | section 1, office 2 | | Kyiv | | 01054 | Ukraine |
| K&L Gates LLP | | PO Box 844255 | | | Boston | MA | 02284-4255 | |
| Karen Rogge | | 70 Central Ave. | | | Los Gatos | CA | 95030 | |
| Kennedy Van der Laan N.B. | | Molenwerf 16 | | | Amsterdam | | 1014 BG | Netherlands |
| Koolhaas Alphen BV | | Eikenlaan 261J | | | Alphen aan den Rijn | | 2404 BP | Netherlands |
| Kovacevic Prpic Simeunovic | | Trg zrtava fasizma 6 | | | Zagreb | | 10 000 | Croatia |
| La Belle Gourmande | | 330 Burlingame Avenue | | | Burlingame | CA | 94010 | |
| Lasky Trade Printing | | 240 Harbor Blvd. | | | Belmont | CA | 94002 | |
| Law Debenture Trust Corp. | | Fifth Floor, 100 Wood Street | | | London | | EC2V 7EX | United Kingdom |
| LexisNexis Matthew Bender | | 9443 Springboro Pike | | | Miamisburg | OH | 45342 | |
| Lexxel Servicios Empresariales | | Diego de Leon | 59-20C | | Madrid | | 28006 | Spain |
| Lonergan Partners, Inc. | | 203 Redwood Shores Parkway | Suite 600 | | Redwood City | CA | 94065 | |
| Lubin, Olson & Niewiadomski LLP | | 600 Montgomery Street, 14th Floor | | | San Francisco | CA | 94111 | |
| Lufthansa CityLine | | Flughaven Munchen, FOC | Sudallee 15 | | Munchen | | D-85356 | Germany |
| Lufthansa Technik | | Weg beim Jaeger 193 | | | Hamburg | | D-22335 | Germany |
| Maples and Calder | | Ugland House | South Church Street | | Grand Cayman | | KY1, 1104 | Cayman Islands |
| Marbridge Group | | 22 Battery St. #703 | | | San Francisco | CA | 94103 | |
| Marilyn Jones | | 439 Bellevue Ave | | | Daly City | CA | 94014 | |
| Marsh & McLennan Agency LLC | Attn Director or Officer | Lockbox 740663 | | | Los Angeles | CA | 90074 | |
| Marsh & McLennan Agency LLC | | PO Box 740663 | | | Los Angeles | CA | 90074 | |
| Marsh & McLennan Agency LLC | | Lockbox 740663 | | | Los Angeles | CA | 90074 | |
| Maurice Takahashi | | 9008 N. E. 54th Street, #B5 | | | Vancouver | WA | 98662 | |
| McAfee & Taft | Teena Dunn | 211 North Robinson, 8th Floor | | | Oklahoma City | OK | 73102-7103 | |
| McAfee & Taft | | 10th Floor, Two Leadership Square | 211 North Robinson, Suite 1000 | | Oklahoma City | OK | 73102-7103 | |
| McLagan Partners Inc. | | P.O Box 100137 | | | Pasadena | CA | 91189-0137 | |
| McReynolds, Michael M. | | P.O. Box 1991 | | | Waldport | OR | 97394 | |
| Mediant Communications, LLC | | PO Box 29976 | | | New York | NY | 10087-9976 | |
| Merlin Associates, Inc. | | 457 Bantam Road, Suite 5 | | | Litchfield | CT | 06759 | |
| Merrill Communications LLC | | CM-9638 | | | St. Paul | MN | 55170-9638 | |
| MetLife | | 200 Park Avenue | | | New York | NY | 10166 | |
| MetLife | | P.O. Box 804466 | | | Kansas City | MI | 64180-4466 | |
| Mexicana MRO Services | | Aeropuerto Internacional de la Ciudada de Mexico | Calle 602 Via Tapo 161 | | Venustiano Carranza | | 15620 | Mexico |
| Michael Magnusson | | 12121 Kinsley Place | | | Reston | VA | 20190 | |
| Michelson Law Group | | 220 Montgomery St. #2100 | | | San Francisco | CA | 94104 | |
| Miller Law Group | | 505 Sansome Street, #1701 | | | San Francisco | CA | 94111 | |
| Mission Freight | | Tokyostraat 1-5 | | | Lijnden | | 1175 RB | Netherlands |
| Monarca SA de CV | | | | | | | | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Montrose Aircraft Leasing Ireland Limited | | 1-2 Jacobs Well Mews | | | London | | W1U 3DT | United Kingdom |
| Morrison & Foerster | | PO Box 742335 | | | Los Angeles | CA | 90074-2335 | |
| Morrison & Foerster Germany | | Potsdamer Platz 1, 13th Floor | | | Berlin | | 10785 | Germany |
| Morrow Meadows | | 1050 Bing Street | | | San Carlos | CA | 94070 | |
| MP Aviation Services Co Ltd | | 102/234 SOI SONGPRAPA 18 SONPRAPA ROAD | | | Bangkok | | | THAILAND |
| MTU Maintenance | | Dr.-Ernst-Zimmermann-Strasse 2 | | | Ludwigsfelde | | 14974 | Germany |
| MTU Maintenance Lease Services | | World Trade Center | Office Tower B/16F | Strawinskylaan 1639 | Amsterdam | | 1077XX | Netherlands |
| MUFG Bank | | 1221 Avenue of the Americas, 7th Floor | | | New York | NY | 10020 | |
| MUFG Union Bank, N.A. | Attn Chris Petrocelli | 1221 Avenue of Americas, 7th Fl | | | New York City | NY | 10020 | |
| MUFG Union Bank, N.A., as Agent | Attn Director or Officer | 400 California St, 8th Fl | | | San Francisco | CA | 94104 | |
| Nasdaq Corporate Solutions, LLC - LBX #11700 | | PO Box 780700 | | | Philadelphia | PA | 19178-0700 | |
| National Union Fire Insurance Company of Pittsburgh, Pa. | Attn Director or Officer | 175 Water Street | | | New York | NY | 10038-4969 | |
| Nayak Aircraft Services Italy | | Via Mario Castoldi SNC | | | Fiumicino Aeroporto | | IT-00054 | Italy |
| Network Resource/Printer Assist | | PO Box 1533 | | | Palo Alto | CA | 94302-1533 | |
| NIchols Newman | | 1131 King Street, #204 | | | Christiansted | VI | 00820-4971 | |
| NNA SERVICES LLC 800-876-6827 | | 9350 De Soto A 9350 De Soto Avenue | | | Chatsworth | CA | 91311-4926 | |
| Norddeutsche Landesbank | | Friedrichswall 10 | | | Hannover | | 30159 | Germany |
| Normandie Graphics | | 1300 Dakota Avenue | | | San Mateo | CA | 94401 | |
| Norton Rose Fulbright | | 3 More London Riverside | | | London | | SE1 2AQ | United Kingdom |
| Notary Public Ivan Juric | | Savska cesta 56 | | | Zagreb | | 10000 | Republic of Croatia |
| Notary Public Marijan Juric | | Savska cesta 56/II | | | Zagreb | | 10000 | Croatia |
| NSMP Law Office | | Tower I, 26th Floor | Jl. Jend. Sudirman Kav. 52-53 | | Jakarta | | 12190 | Indonesia |
| NTE Aviation | | 1800 Waters Ridge, Suite 400 | | | Lewisville | TX | 75057 | |
| NYSE American LLC | | BOX #223695 | | | Pittsburgh | PA | 15251-2695 | |
| Office Depot | | PO Box 29248 | | | Phoenix | AZ | 85038-9248 | |
| Oriel Consult Limited | | 57, Duke Street | | | Windsor, Berkshire | | SL4 1SJ | United Kingdom |
| Oriel Consult Limited | | 57, Duke Street | | | Windsor | | SL4 1SJ | UNITED KINGDOM |
| Paychex Inc. | | 1100 Grundy Lane | | | San Bruno | CA | 94066-3035 | |
| Peery & Associates, Inc. | | P.O. Box 850 | | | Pescadero | CA | 94060 | |
| Piedmont Propulsion Systems, LLC | | PO Box 535466 | | | Atlanta | GA | 30353-5466 | |
| PNC Bank, National Association | David Coleman | 300 5th Ave | | | Chicago | IL | 15222 | |
| PNG Air Services | | PO Box 273 | Boroko | | NCD Port Moresby | | | Papua New Guinea |
| PR Newswire Association LLC | | G.P.O. Box 5897 | | | New York | NY | 10087-5897 | |
| Practising Law Institute | | PO Box 26532 | | | New York | NY | 10087-6532 | |
| Pratt & Whitney Canada | | Southampton International Airport | George Curl Way | Southampton | Hampshire | | SO18 2RU | United Kingdom |
| PricewaterhouseCoopers LLP | | P.O. Box 514038 | | | Los Angeles | CA | 90051-4038 | |
| PricewaterhouseCoopers LLP UK | | 1 Embankment Place | | | London | | WC2N 6RH | United Kingdom |
| PricewaterhouseCoopers Papua New Guinea | | PwC Haus, Level 6 | Harbour City, Konedobu | | Port Moresby | | NCD 125 | Papua New Guinea |
| Prime Turbines | | 1615 Diplomat Drive, Suite 120 | | | Carrollton | TX | 75006 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PT Oerip Wirontono | | Jl SultanAgung | 61 RT 001/10 | | Jakarta | | | Indonesia |
| Q4 INC. | | 469-A King St. W. | | | Toronto | ON | M5V 1K4 | Canada |
| Reed Business Information | | Quadrant House, The Quadrant | | | Sutton, Surrey | | SM2 5AS | United Kingdom |
| Reed Business Information Inc. | | 28428 Network Place | | | Chicago | IL | 60673-1284 | |
| Rojs, Peljhan, Prelesnik & Partnerji | | Tivolska 48 | | | Ljubljana | | 1000 | Slovenia |
| Roy E. Hahn | | 765 Market Street Apt 26G | | | San Francisco | CA | 94103 | |
| S&P Global Market Intelligence LLC | | PO Box 414624 | | | Boston | MA | 02241-4624 | |
| Saab Support and Services LLC | | 20700 Loudoun County Parkway | Suite 100 | | Ashburn | VA | 20147 | |
| Safe Air Limited | | Blenheim Airport | | | Marlborough Blenheim | | 7206 | New Zealand |
| SAL Solutions Group LLC | | 21010 Southbank St., #4025 | | | Potomac Falls | VA | 20165 | |
| SAMCO Aircraft Maintenance | | Horsterweg 19 | 6199 AC Maastricht Airport | | | | | Netherlands |
| San Mateo County Tax Collector | | 555 County Center, 1st Floor | | | Redwood City | CA | 94063 | |
| SAS | | SAS Huset | Lufthavnsboulevarden 10 | Postboks 150 | Kastrup | | DK-2770 | Denmark |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549-0213 | |
| SGI Guernsey Ltd. | Guernsey Airport c/o Information Desk | Airport Terminal Building | | La Villiaze | Forest | | GY8 0DS | Guernsey |
| Shaffers Tire & Auto | | 1309 N Carolan Ave #2401 | | | Burlingame | CA | 94010 | |
| Shah, Hussain & Co. | | 2nd Floor East Wing Aage | 12 Boduthakurufaanu Magu Henveiru | | Male | | 200094 | Maldives |
| Sheppard Mullin Richter & Hampton | Attn Juliette Ebert | Four Embarcadero Center, Ste 1700 | | | San Francisco | CA | 94111 | |
| Sheppard Mullin Richter & Hampton LLP | Attn Matt Klinger | Four Embarcadero Center, 17th Fl | | | San Francisco | CA | 94111 | |
| Sheppard Mullin Richter & Hampton LLP | | 333 South Hope St. 43rd Floor | | | Los Angeles | CA | 90071-1422 | |
| SierraConstellation Partners LLC | | 355 S. Grand Ave., Suite 1450 | | | Los Angeles | CA | 90071 | |
| Silverstone Air Services Limited | Mohammed Somow, Director | Skyward Express Building | PO Box 34538-00100 | | NAIROBI | | 00100 | Kenya |
| Simplex Legal LLP | | #3300, 205 5th Ave SW | | | Calgary | AB | T2P 2V7 | Canada |
| Sims Funk, PLC | | 3322 West End Ave., Suite 200 | | | Nashville | TN | 37203 | |
| Skyward Express Limited | Muhumed Mohamed Abdi, Chairman | Skyward Express Building | PO Box 26314-00100 | | NAIROBI | | 00100 | Kenya |
| Skyworld Aviation | | 2 William Street | | | Windsor | Berkshire | SL4 1BA | UNITED KINGDOM |
| Smiths (Harlow) Aerospace Ltd | | Interstate House | Horsecroft Road, The Pinnacles | Harlow | Essex | | CM19 5BH | United Kingdom |
| SNL Financial LC | | PO Box 414624 | | | Boston | MA | 02241-4624 | |
| Social Security Administration | | 1100 West High Rise, 6401 Security Blvd | | | Baltimore | MD | 21235 | |
| Solarwinds MSP 855-679-0817 | | 5665 Flatiron Parkway, Suite 100 | | | Boulder | CO | 80301 | |
| Solinair | | Zg. Brnik 130T | | | Brnik-Aerodrom | | 4210 | Slovenia |
| Southern Cross International B.V. | | Breda International Airport | | | Bosschenhoofd | | 4744 RZ | Netherlands |
| Speednews | | PO Box 1175 | | | Skokie | IL | 60076-9839 | |
| SRS Immigration, CA | | 39465 Paseo Padre Pkwy # 3200 | | | Fremont | CA | 94538 | |
| Stancer, Gossin, Rose LLP | | 1210 Sheppard Ave E #310 | | | North York | ON | M2K 1E3 | CANADA |
| Standard Aero Limited | | 75 Remittance Drive, Suite 3231 | | | Chicago | IL | 60675-3231 | |
| Standard Insurance Company | | PO Box 5676 | | | Portland | OR | 97228-5676 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Stansbury Staffing Consultants | | 1710 S. Amphlett Blvd, #310 | | | San Mateo | CA | 94402 | |
| State Bar of California | | 180 Howard Street | | | San Francisco | CA | 94105 | |
| Summit Financial Printing, LLC | c/o Broadridge | PO Box 416423 | | | Boston | MA | 02241 | |
| Taglich Brothers, Inc. | | 790 New York Avenue, Suite 209 | | | Huntington | NY | 11743 | |
| Tax Analysts | | 400 S. Maple Ave., #400 | | | Falls Church | VA | 22046 | |
| The Hartford | | 200 Colonial Parkway | Suite 500 | | Lake Mary | FL | 32746 | |
| The Hartford | | P.O. Box 660916 | | | Dallas | TX | 75266-0916 | |
| The IR Group | | 2069 211th Ave NE | | | Sammamish | WA | 98074 | |
| The Majors Group | | 912 Club Drive | | | Palm Beach Gardens | FL | 33418 | |
| Thomas W. Orr | | 16 Locksly Lane | | | San Rafael | CA | 94901 | |
| Thomson Reuters | | 610 Opperman Drive | | | Eagan | MN | 55123 | |
| Thomson Reuters Tax & Accounting - R&G | | PO Box 71687 | | | Chicago | IL | 60694-1687 | |
| Thuy Leslie Nguyen | | 1436 Leaftree Circle | | | San Jose | CA | 95131 | |
| T-Mobile | | PO Box 51843 | | | Los Angeles | CA | 90051-6143 | |
| Toni M. Perazzo | | 146 Arbor Lane | | | San Mateo | CA | 94403 | |
| Toppan Vintage | Attn Accounts Receivable | 747 Third Ave., 7th Floor | | | New York | NY | 10017 | |
| Transnusa | | Jl. Palapa No. 7 | | | Oebobo, Kupang | | | Indonesia |
| Travelers Casualty | Attn Director or Officer | One Tower Square | | | Hartford | CT | 06183 | |
| Tri-Star Office Moving, Inc. | | 1155 Revere Avenue | | | San Francisco | CA | 94124 | |
| Typhoon Investments Ltd. | Chris Beer Managing Director | Vista, 2 William Street | Windsor | | Berkshire | | SL4 1BA | United Kingdom |
| UCC EZFile | Attn Director or Officer | 2020 Hurley Way | | | Sacramento | CA | 95825 | |
| UCC eZFile | Attn Director or Officer | 2020 Hurley Way, Ste 350 | | | Sacramento | CA | 95825 | |
| UMB Bank | | 1010 Grand Blvd. | | | Kansas City | MO | 64106 | |
| UMB Bank, N.A., as Agent | Attn Director or Officer | 6440 S. Milrock Dr, Ste 400 | | | Salt Lake City | UT | 84121 | |
| UMB Bank, N.A., as Trustee | Dillon Butler | 6440 S. Millrock Dr | Suite 400 | | Salt Lake City | UT | 84121 | |
| Union Bank | Attn Director or Officer | 1251 Avenue of the Americas | | | New York | NY | 10020-1104 | |
| Union Bank | | 1251 Avenue of the Americas | | | New York | NY | 10020-1104 | |
| Union Bank | | 350 California Street | 10th Floor | | San Francisco | CA | 94104 | |
| Union Bank, N.A., as Agent | Attn Chris Petrocelli | 1221 Avenue of Americas, 7th Fl | | | NYC | NY | 10020 | |
| Unique Solutions | | 1436 Leaftree Circle | | | San Jose | CA | 95131 | |
| United Financial Casualty Co. | | 6300 WILSON MILLS ROAD. | | | MAYFIELD VILLAGE | OH | 44143-2182 | |
| United States Treasury | | 1500 Pennsylvania Ave NY | | | Washington | DC | 20220 | |
| US Airways, Inc. | Matt Dominy, Director & Senior Attorney | 1 Skyview Dr | MD 8B503 | | Fort Worth | TX | 76155 | |
| VanEps Kunneman VanDoorne | | Julianaplein 22 | PO Box 504 | | Curacao | | | Netherlands Antilles |
| Vast Conference 888-498-9240 | | 1960 E Grand Ave #290 | | | El Segundo | CA | 90245 | |
| Vector Aerospace Asia Pte Ltd | | 100 Seletar Aerospace View | | | Singapore | | 797507 | Singapore |
| Vector-Portland Jetport | | PO Box 75677 | | | Baltimore | MD | 21275-5677 | |
| Vedder Price P.C. | Attn Brian White | 222 W LaSalle St, Ste 2400 | | | Chicago | IL | 60601 | |
| Veriuschka Perez | | Bairro da Coop, Rua 1335B | | | Maputo | | 1100 | MOZAMBIQUE |
| Vinson & Elkins LLP | | PO Box 301019 | | | Dallas | TX | 75303-1019 | |
| Virgin Australia | | Level 11, 275 Grey Street | | | South Brisbane | QLD | 4101 | Australia |
| Virgin island Bureau of Internal Revenue | | 6115 Estate Smith Bay, Suite 225 | | | St Thomas | | 00802 | U.S. VIRGIN ISLANDS |
| Vocker Kristofferson | | 1700 S. El Camino Real, #506 | | | San Mateo | CA | 94402 | |
| VSP | | 3333 Quality Dr. | | | Rancho Cordova | CA | 95670 | |
| VSP | | P.O.Box 45210 | | | San Francisco | CA | 94145-5210 | |
| Wells Fargo Equipment Finance, Inc. | David Kuhn | 800 Walnut St | | | Des Moines | IA | 50309 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Trust Company, National Association, as Trustee | Corporate Trust Department | 919 N Market St, Ste 1600 | | | Wilmington | DE | 19801 | |
| Werner Aero Svc LLC | | 19 Industrial Avenue | | | Mahwah | NJ | 07430-2227 | |
| West LLC | c/o West Corporation | PO Box 74007143 | | | Chicago | IL | 60674-7143 | |
| WESTERN NRG INC | | 4034 Adolfo Rd | | | Camarillo | CA | 93012 | |
| Wideroe | | Fomebuveien 11 | | | Lysaker | | N-1366 | Norway |
| Wideroes Flyveselskap AS | Werner Skaue, Managing Director | Langfstranda 6 | 8000 | | bodo | | | Norway |
| Wilmington Trust Company | | 1100 North Market St. | | | Wilmington | DE | 19890 | |
| Wilmington Trust Company, as Security Trustee | Attn Director or Officer | 1100 N Market St | | | Wilmington | DE | 19890-1605 | |
| Withers Bergman LLP | | Accounts Receivable | PO Box 1685 | | New Haven | CT | 06507 | |
| Withers LLP | | 6 Old Bailey | | | London | | EC4M 7EG | United Kingdom |
| World Fuel Services | | 2458 Paysphere Circle | | | Chicago | IL | 60674-0024 | |
| Worldwide Aircraft Services | | 2755 N. General Aviation Ave. | | | Springfield | MO | 65803 | |
| Worthington Aviation Parts, Inc. | | 2995 Lone Oak Circle, Suite 10 | | | Eagan | MN | 55121 | |
| Young Conaway Stargatt & Taylor, LLP | | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | |
| Zions Bancorporation NA dba California Bank & Trust | Attn Director or Officer | PO Box 489 | | | Lawndale | CA | 90260-0489 | |
| Zoya Chittum | | 1035 Crespi Drive | | | Pacifica | CA | 94044 | |